UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAX NAVARRO CABALLERO,<br><br>    Defendant. | Case No. 2:24-cr-00645-MDC<br><br>**ORDER TO CONTINUE THE TRIAL** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant need additional time to complete a review of the Discovery material, conduct pretrial investigation, and to negotiate a potential resolution short of trial.
2. The defendant is not detained pending trial and does not object to the continuance.
3. The parties agree to the continuance.
4. This is the First stipulation by the parties
5. There are no speedy trial concerns as defendant has waived his right to a speedy by accepting a plea bargain.
6. The additional time requested by this Stipulation is excludable in computing the time that the trial must commence pursuant to the Speed Trial Act, Title 18, Untied States Code Section 3161 (h)(70(A), and considering the factors under the Title 18, United States Code, Section 3161 (h)(7)(B)(i) and (iv).
7. This is the First requested continuance.

3

**ORDER**

IT IS FURTHER ORDERED the Trial scheduled for May 7, 2025 at the hour of 9:00 a.m., be vacated continued to August 20, 2025 at 9:00 am in LV Courtroom 3A.

DATED this 29 day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4