UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

MAX NAVARRO CABALLERO,

   Defendant.

Case No. 2:24-cr-00645-MDC

**ORDER TO CONTINUE THE TRIAL**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant needs additional time to review the proposed resolution for potential immigration consequences.
2. The defendant is not detained pending trial and does not object to the continuance.
3. The parties agree to the continuance.
4. This is the Second stipulation by the parties
5. There are no speedy trial concerns as defendant has waived his right to a speedy trial.
6. The additional time requested by this Stipulation is excludable in computing the time that the trial must commence pursuant to the Speed Trial Act, Title 18, Untied States Code Section 3161 (h)(70(A), and considering the factors under the Title 18, United States Code, Section 3161 (h)(7)(B)(i) and (iv).
7. This is the Second requested continuance.

3

**ORDER**

IT IS FURTHER ORDERED the Trial scheduled for August 20, 2025 at the hour of 9:00 a.m., be vacated continued to October 29, 2025 at 9:00 am in LV Courtroom 3A.

DATED this 18th day of August, 20 25 .

_____
UNITED STATES DISTRICT JUDGE