**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00645-MDC |
|---|---|
| Plaintiff, | STIPULATION TO CHANGE PLEA AND REQUEST FOR DEFENDANTS' REMOTE APPEARANCE |
| v. | |
| MAX NAVARRO CABALLERO, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That the parties have reached an agreement.
2. That Defendant lives out of State and is having financial hardship due to client living in the State of Georgia.
3. The parties agree to and believe the defendant's presence at a future change of plea hearing can be done remotely.

**ORDER**

IT IS FURTHER ORDERED that the Defendant is allowed to appear remotely for the change of plea hearing set for December 3, 2025 at 9:00AM

DATED this __6th__ day of __November__, 20__25__.

_____
UNITED STATES DISTRICT JUDGE

3