**STIP**
MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
KEVIN J. COBURN, ESQ.
Nevada Bar No. 16511
LAS VEGAS DEFENSE GROUP, L.L.C.
2970 W SAHARA AVENUE
Las Vegas, Nevada 89102
Ph. (702) 333-3673
Fax: (702) 974-0524

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )      CASE NO.: 2:24-mj-00645-MDC
       -vs.-                   )
                               )
MAX NAVARRO CABALLERO,         )
                               )
                Defendant.     )
_____)

### STIPULATION TO CLOSE CASE

IT IS HEREBY STIPULATED AND AGREED, by and between Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and MICHAEL L. BECKER, ESQ. and, KEVIN J. COBURN, ESQ. of the law firm of LAS VEGAS DEFENSE GROUP, LLC., counsel for DEFENDANT, that the Defendant's Status Check on requirements hearing currently scheduled for June 3, 2026, be vacated, and be closed.

This Stipulation is entered into for the following reasons:

1. On or about December 3, 2025, defendant entered into an with the United States which he agreed to plead to Count One of the Complaint – Operating a Motor Vehicle while Under the Influence of Alcohol, a Class B Misdemeanor.

2. The parties have reached a resolution on the case and a Status check on Requirements Hearing was set for June 3, 2026.

3. The Defendant, however, has made it known to counsel that was not able to submit the payment to the court directly and forward a money order totaling $510.00 to our office.

4. The Defendant's counsel submitted the payment today, June 2, 2026, see Exhibit "A".

5. The parties agreed to recommend that defendant be sentenced to six (6) months of unsupervised probation with the following special conditions: (i) pay a $500.00 fine; (ii) Attend and complete DUI course, and Victim Impact Panel court; (iii) eight (8) hour online alcohol awareness course, (iv) defendant not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws.

6. If the defendant successfully completes his obligations within six months of unsupervised probation, the court will close out his case.

7. Since commencing his term of unsupervised probation, counsel is informed and believes that defendant has successfully completed all conditions.

8. As such, the parties jointly request that the above-captioned matter be closed.

DATED this 2nd day of June, 2026.

Respectfully Submitted,

LAS VEGAS DEFENSE GROUP, LLC

_/s/ Kevin J. Coburn, Esq._
KEVIN J. COBURN, ESQ.                          SKYLER PEARSON, ESQ.

IT IS SO ORDERED. The stipulation is DENIED without prejudice because it is missing the electronic signature of the government's counsel Mr. Pearson.

Hon. Maximiliano R. Couvillier III
United States Magistrate Judge
Dated: 6/9/26

# Exhibit "A"



Generated: Jun 2, 2026 1:38PM                                                                    Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Jun 2, 2026 1:38PM

Max Joel Navarro Caballero

Rcpt. No: 200020177                    Trans. Date: Jun 2, 2026 1:38PM                    Cashier ID: #JG (6898)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNVX224MJ000645 /001 | 1 | 510.00 | 510.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #2920 | 06/2/2026 | | $510.00 |

| | | | | Total Due Prior to Payment: | $510.00 |
|---|---|---|---|---|---|
| | | | | Total Tendered: | $510.00 |
| | | | | Total Cash Received: | $0.00 |

Comments: 2:24-mj-00645-MDC-1 / $500 Fine $10 Assessment ECF 23

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.