MICHAEL L. BECKER
Nevada Bar No. 8765
LAS VEGAS DEFENSE GROUP, L.L.C.
6655 W. Sahara Avenue, Suite C216
Las Vegas, NV 89146
Telephone - (702) 333-3673
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br><br>MAX NAVARRO CABALLERO,<br><br>        Defendant.        | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 2:24-mj-00645-MDC<br><br>**ORDER TO CLOSE THE CASE** |

Based on the stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant MAX NAVARRO CABALLERO has successfully completed the conditions of his sentencing.

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this <u>29th</u> day of June 2026.

_____
MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE